## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBIN FACHINI** ) | **Case Number: 3:10-cv-30218** |
| ) | |
| **Plaintiff** ) | |
| **vs.** ) | |
| ) | |
| **CLIENT SERVICES, INC.** ) | |
| ) | |
| **Defendant** ) | |
| ) | |
| ) | |
| ) | |

## <u>NOTICE OF DISMISSAL</u>

PLEASE TAKE NOTICE that plaintiff, ROBIN FACHINI, pursuant to Rule

41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action

captioned above, with prejudice.

BY:   ***<u>Bruce K. Warren</u>***
Bruce K. Warren, Esquire
Warren & Vullings, LLP
93 Old York Road, Suite 333
Jenkintown, PA  19046
215-745-9800
bkw@w-vlaw.com
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBIN FACHINI** ) | **Case Number: 3:10-cv-30218** |
| ) | |
| **Plaintiff** ) | |
| **vs.** ) | |
| ) | |
| **CLIENT SERVICES, INC.** ) | |
| ) | |
| **Defendant** ) | |
| ) | |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 2, 2011.

BY: ***Bruce K. Warren***
Bruce K. Warren, Esquire
Warren & Vullings, LLP
93 Old York Road, Suite 333
Jenkintown, PA  19046
215-745-9800
bkw@w-vlaw.com
Attorneys for Plaintiff